IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL G. YANKEY,

    Defendant.

Case No. 12-cr-40043-JPG

**MEMORANDUM AND ORDER**

This matter comes before the Court on defendant Michael G. Yankey's motion in which he requests copies of his docket sheet (Doc. 41).

Defendants have no constitutional right to a complimentary copy of any document in their court files. *See United States v. Groce*, 838 F. Supp. 411, 413-14 (E.D. Wis. 1993). Before providing copies free of charge or otherwise making portions of the record available to a prisoner, a district court may require that the requestor: (1) show that he is unable to pay for copies (*i.e.*, through a certified record of his prison account), (2) show that he has exhausted *all* other means of access to his files (*i.e.*, through his trial or appellate counsel), and (3) make some showing as to the purpose for which the copies are sought. *See United States v. Wilkinson*, 618 F.2d 1215, 1218 n.3 (7th Cir. 1980); *Rush v. United States*, 559 F.2d 455, 459 (7th Cir. 1977); *Groce*, 838 F. Supp. at 417.

Yankey has failed to attach a certified copy of his prison account showing he is unable to pay for copies. Further, he has failed to inform the Court whether he has exhausted other means to access the docket sheet or for what purpose he needs his docket sheet. Accordingly, the Court **DENIES** Yankey's motion for copies (Doc. 41).

**IT IS SO ORDERED.**

**DATED:** December 2, 2013

                                                                                                               s/ J. Phil Gilbert
                                                                                                       **J. PHIL GILBERT**
                                                                                                        **DISTRICT JUDGE**